UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RICHARD L. POWELL,

     Plaintiff,         No. CIV.  S-09-1857 FCD KJM

    v.

UNION PACIFIC RAILROAD
COMPANY, et. al.,        **ORDER OF NON-RELATED CASES**

     Defendants.
_____/

ALEX GONERO,

     Plaintiff,         No. CIV.  S-09-2009 WBS JFM

    v.

UNION PACIFIC RAILROAD
COMPANY, et. al.,

     Defendants.
_____/

  The undersigned judge declines to relate the above-captioned cases pursuant to Local Rule 83-123(a).  Assignment of the matters to the same judge is not likely to effect a substantial savings of judicial effort or other economies.  These actions involve the same or similar defendants, but the actions involve events specific to each party, the questions of fact are different, the questions of law are not novel, it is not clear that the same result should follow in these actions, and assignment to different judges would not entail substantial duplication of labor.

1   Therefore, CIV. S-09-2009 WBS JFM shall not be reassigned to the undersigned judge.

2   IT IS SO ORDERED.

3   DATED: July 23, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE