UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ALEX GONERO,

      Plaintiff,

                            NO. CIV. 2:09-2009 WBS JFM

  v.

                            <u>ORDER</u>

UNION PACIFIC RAILROAD COMPANY,
ANDREW RIBBING, LEO J. MARTIN,
JOHN PARKER, DENNIS MAGURES, and
DOES 1 through 10, inclusive,

      Defendants.
                            /

----oo0oo----

         On July 17, 2009, this action was removed to this court by defendant Union Pacific Railroad Company ("Union Pacific") on the basis of diversity jurisdiction under 28 U.S.C. § 1332. (Docket No. 1.) In the Joint Status Report submitted by the parties on November 18, 2009, Union Pacific contended that the court no longer has jurisdiction over this action because defendants Dennis Magures and Leo Martin are both residents of

1

California.  (Docket No. 28.)  Given that the jurisdiction of the court is in question, briefing on the matter is appropriate.

        IT IS THEREFORE ORDERED that the Scheduling Conference set for November 30, 2009, be, and the same hereby is, VACATED. The Scheduling conference is hereby reset for January 11, 2010, at 2:00 p.m.

        IT IS FURTHER ORDERED that defendants shall submit a brief addressing whether the court has jurisdiction over this action by December 7, 2009.  Plaintiff shall file any opposition to defendants' brief by December 21, 2009.  Defendants may then file a reply by no later than December 28, 2009.  Oral argument on the jurisdictional question is set for 2:00 p.m. on January 4, 2010; however, the court may take the matter under submission pursuant to Eastern District Local Rule 78-230(h) if it concludes that oral argument is unnecessary.

DATED:  November 24, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2